# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 17-12368-MDC

TRACIA KNIGHT

214 West Grange Avenue

Philadelphia, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACIA KNIGHT

    214 West Grange Avenue

    Philadelphia, PA 19120

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 11/7/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee