## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracia Knight a/k/a Tracia Knight-Warner <u>Debtor</u> | CHAPTER 13 |
| Ditech Financial LLC <u>Movant</u> vs. Tracia Knight a/k/a Tracia Knight-Warner <u>Debtor</u> William C. Miller, Esq. <u>Trustee</u> | NO. 17-12368 MDC |

### MOTION FOR EXTENSION OF TIME TO FILE STIPULATION

Movant, through their attorney, KML Law Group, P.C., hereby requests an extension due to the reasons as stated below;

1. The Deadline to file the Stipulation is currently scheduled for February 23, 2018 .
2. The parties are attempting to settle on the terms and will require additional time before the pleading can be filed.
3. Both Movant and Respondent concur to this request.

WHEREFORE, Movant requests that the filing deadline be extended to March 9, 2018.

February 22, 2018

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracia Knight a/k/a Tracia Knight-Warner <br> <u>Debtor</u> <br><br> Ditech Financial LLC <br> <u>Movant</u> <br><br> vs. <br><br> Tracia Knight a/k/a Tracia Knight-Warner <br> <u>Debtor</u> <br><br> William C. Miller, Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 17-12368 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to .

By the court:

Dated:

_____
United States Bankruptcy Judge