UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracia Knight a/k/a Tracia Knight-Warner<br>　　　　　Debtor | CHAPTER 13<br>BK NO: 17-12368 MDC |
| Ditech Financial LLC<br>　　　　　Movant<br>　vs.<br>Tracia Knight a/k/a Tracia Knight-Warner<br>　　　　　Debtor<br>William C. Miller, Esq.<br>　　　　　Trustee | |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to March 9, 2018.

Dated: February 27, 2018

By the court:

*Magdeline D. Coleman*
United States Bankruptcy Judge