United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-12368-mdc
Tracia Knight                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 1              Date Rcvd: Feb 27, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db             +Tracia Knight,    214 West Grange Avenue,    Philadelphia, PA 19120-1861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Tracia  Knight info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., successor in interest
               to Drive Financial Services ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracia Knight a/k/a Tracia Knight-Warner<br>　　　　　　Debtor<br><br>Ditech Financial LLC<br>　　　　　　Movant<br>　vs.<br><br>Tracia Knight a/k/a Tracia Knight-Warner<br>　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　Trustee | CHAPTER 13<br>BK NO: 17-12368 MDC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to March 9, 2018.

By the court:

Dated: February 27, 2018

_____
United States Bankruptcy Judge