# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracia Knight : | |
| : | BK. No. 17-12368 |
| : | |
| Debtor : | Chapter No. 13 |
| : | |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Motion to Determine Value of Property filed on August 29, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.

Dated: September 25, 2018

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtor

{00326959;v1}