IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  TRACIA KNIGHT | : | CHAPTER 13 |
|  | : |  |
| DEBTOR | : | CASE NO.: 17-12368 |
| v. | : |  |
| Santander Consumer, USA | : |  |

## ORDER

And Now this _September 25_, 2018, upon consideration of Debtor Tracia Knight's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtors' Motion is granted, and that the allowed secured claim of Santander Consumer, USA is $3,922. The remaining balance shall be treated as unsecured.

_____
Honorable Magdeline D. Coleman