**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Tracia Knight                              CHAPTER 13

   DEBTOR                                          BANKRUPTCY NO: 17-12368

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on March 6, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  March 26, 2019                             /s/ Georgette Miller
                                                   Georgette Miller
                                                   Law Offices of Georgette Miller Esq., P.C
                                                   335 Evesham Avenue
                                                   Lawnside, NJ 08045
                                                   856-323-1100
                                                   Bar I.D. 86358
                                                   Attorney for Debtor

{00338377;v1}