United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 17-12368-mdc
Tracia Knight                                                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia             Page 1 of 1           Date Rcvd: Mar 26, 2019
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db             +Tracia Knight,    214 West Grange Avenue,    Philadelphia, PA 19120-1861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
      GEORGETTE  MILLER    on behalf of Debtor Tracia  Knight info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
       llerlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., successor in interest
       to Drive Financial Services ecfmail@mortoncraig.com,
       mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                         TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tracia Knight | CHAPTER 13 |
| DEBTOR | BANKRUPTCY NO: 17-12368 |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,850.00 and $410.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $50.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

*Magdeline D. Coleman*
_____
Bankruptcy Judge

Dated:  March 26, 2019

cc:    William C. Miller
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107

       US Trustee's Office
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Tracia Knight
       214 West Grange Avenue
       Philadelphia, PA 19120

{00338306;v1}